AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

EASTERN DISTRICT OF MISSOURI

United States of America
v.
ALEXAVIER BISHOP,
and JUSTIN R. PRICE,

*Defendant(s)*

Case No. 4:26 MJ 8154 SRW

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of July 28, 2026 in the county of St. Louis City in the EASTERN District of MISSOURI, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18:111(a)(1) and 2; | Assaulting, resisting or impeding federal agents during the course of their official duties/aiding and abetting; |
| 18:924(c) and 2 | Discharge of a firearm in furtherance of a crime of violence/aiding and abetting |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

I state under the penalty of perjury that the following is true and correct.

M. G. Kettenbach

*Complainant's signature*

SA Matthew Kettenbach, ATF

*Printed name and title*

Sworn to, attested to, or affirmed before me via reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41.

Date: 08/06/2026

*Judge's signature*

City and state: St. Louis, Missouri

Honorable Stephen R. Welby, U.S. Magistrate Judge

*Printed name and title*