UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 4:26 MJ 8154 SRW |
| | ) | |
| JUSTIN R. PRICE, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR PRE-TRIAL DETENTION AND HEARING**

Comes now the United States of America, by and through its attorneys, Thomas C. Albus, United States Attorney for the Eastern District of Missouri, and Paul J. D'Agrosa, Assistant United States Attorney for said District, and moves the Court to order defendant detained pending trial, and further requests that a detention hearing be held three (3) days from the date of defendant's initial appearance before the United States Magistrate pursuant to Title 18, United States Code, Section 3141, et seq.

As and for its grounds, the Government states as follows:

1. Defendant is charged in a Complaint with assault of federal law enforcement officers, in violation of Title 18, United States Code, Section 111(a)(1) and 2 and discharge of a firearm in furtherance of a crime of violence, in violation of Title 18, United States Code, Section 924(c).

2. Accordingly, a rebuttable presumption arises pursuant to Title 18, United States Code, Section 3142(e)(3) that there are no conditions or combination of conditions which will reasonably assure the appearance of the defendant as required, and the safety of any other person and the community.

3. There is a serious risk that the defendant will flee. After a shooting incident, Defendant fled in a vehicle and then on foot. He engaged the assistance of multiple people in order to evade police. He has been moving residences in an effort to evade police. He is unemployed and has no children. Therefore, he lacks ties to the community.

4. The defendant is a threat to the community. Defendant and his accomplices pulled up on police and ATF agents as they were conducting a traffic stop. He and his accomplices opened fire with a fully automatic weapon, spraying bullets in the direction of law enforcement. The incident occurred in front of a market, where multiple pedestrians, including children, were present. A search warrant executed at a residence where Defendant stayed revealed multiple firearms, including rifles and ammunition. Some of the ammunition was 10mm, bought at a gun store three days after the shooting incident. 10mm shell casings were recovered at the shooting scene and a 10mm shell casing was recovered from the vehicle Defendant and his accomplices used in the shooting offense.

5. There is a serious risk that the defendant will obstruct or attempt to obstruct justice, or threaten, injure or intimidate, or attempt to threaten, injure or intimidate a prospective witness. Multiple lay witnesses have been cooperating with investigators and have expressed fear of retaliation should they continue to cooperate, knowing that Defendant may be released from custody.

6. The weight of the evidence is strong, including physical evidence that ties Defendant to the crime scene and the car utilized by the accomplices. Defendant lost a shoe as he fled on foot from police. The shoe was recovered and the matching shoe was found in Defendant’s residence, in his bedroom. Clothing worn by Defendant at the time of the crime and captured on surveillance footage prior to the crime was recovered from Defendant’s bedroom.

WHEREFORE, the Government requests this Court to order defendant detained prior to trial, and further to order a detention hearing three (3) days from the date of defendant's initial appearance.

Respectfully submitted,

THOMAS C. ALBUS
UNITED STATES ATTORNEY

*/s/Paul J. D'Agrosa*

PAUL J. D'AGROSA (#36966MO)
ASSISTANT UNITED STATES ATTORNEY
Thomas F. Eagleton Courthouse
111 South Tenth Street, 20th Floor
St. Louis, Missouri 63102
(314) 539-2200