FILED
AUG 1 9 2026
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. |
| vs. | ) | |
| | ) | |
| ALEXAVIER BISHOP and | ) | |
| JUSTIN R. PRICE | ) | **4:26CR396 ZMB/SPM** |
| | ) | |
| | ) | |
| Defendants. | ) | |

## INDICTMENT

### COUNT ONE

On or about July 28, 2026, in the City of St. Louis, within the Eastern District of Missouri,

**ALEXAVIER BISHOP,**

the Defendant herein, did forcibly assault, resist, oppose, impede, intimidate, and interfere with Andrew Muench, Andrew White and Hans Wiedenhofer, while Muench, White and Wiedenhofer were employed as Special Agents with the Bureau of Alcohol, Tobacco, Firearms and Explosives and while said Special Agents were engaged in the performance of their official duties, and the Defendant committed such assault by the use of a dangerous weapon, to wit, a firearm.

In violation of Title 18, United States Code, Section 111(a)(1) and punishable under Title 18, United States Code, Sections 111(a)(1) and 111(b).

### COUNT TWO

The Grand Jury further charges that:

On or about July 28, 2026, in the City of St. Louis, within the Eastern District of Missouri,

**ALEXAVIER BISHOP,**

the Defendant herein, knowingly possessed, brandished and discharged a firearm, in furtherance of a crime of violence for which he may be prosecuted in a court of the United States, that is, assault on a federal officer, in violation of Title 18, United States Code, Sections 111(a)(1) and (b), as set forth in Count One.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

**COUNT THREE**

The Grand Jury further charges that:

On or between July 28, 2026, and July 30, 2026, within the Eastern District of Missouri,

**JUSTIN R. PRICE,**

the Defendant herein, knowing that an offense against the United States had been committed, to wit, the forcible assault, resist, oppose, impede, intimidate, and interferance of Andrew Muench, Andrew White and Hans Wiedenhofer with the use of a dangerous weapon, while Muench, White and Wiedenhofer were employed as Special Agents with the Bureau of Alcohol, Tobacco, Firearms and Explosives and while said Special Agents were engaged in the performance of their official duties, did receive, relieve, comfort, and assist the offender, Alexavier Bishop, in order to hinder and prevent the offender's apprehension, trial, and punishment.

In violation of Title 18, United States Code, Section 3.

**FORFEITURE ALLEGATION**

The Grand Jury further finds by probable cause that:

1. Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), upon conviction of an offense in violation of Title 18, United States Code, Section 924(c) as set forth above, the defendant(s) shall forfeit to the United States of America any firearm or ammunition involved in or used in said violation(s).

2. Subject to forfeiture is a sum of money equal to the total value of any property, real

or personal, constituting or derived from, any proceeds obtained directly or indirectly as a result of such violations.

3. If any of the property described above, as a result of any act or omission of the defendants:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America will be entitled to the forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL

____________________________
FOREPERSON

THOMAS C. ALBUS
United States Attorney

____________________________
PAUL J. D'AGROSA
Assistant United States Attorney